UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY THOMAS WOLFINGTON, | No. 2:20-cv-0653 AC P |
| Petitioner, | |
| v. | ORDER |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. By order filed April 13, 2020, this court directed respondent to file and serve a response to the petition within 60 days. Currently pending is petitioner's "Motion to Amend Based on Judges Observations," prepared by petitioner's "next friend attorney" ("NFA"), another inmate whose name is Derrick Perryman. ECF No. 11. The motion is signed by plaintiff. The motion does not seek to add any different or additional grounds for relief. Rather, the filing states that Mr. Perryman has identified technical deficiencies (which are not specified) and noted the omission of a "Points and Authorities" section. The motion also emphasizes that prisoners currently have very limited access to the prison law library due to the COVID-19 health crisis. Petitioner seeks authorization to submit an amended petition or "if not then [petitioner] prays 'to continue' this action and will answer the state's response." Id. at 7.

////

1   The court found the original petition adequate to identify the substance of petitioner's
2   claims and require a response from respondent. Neither technical corrections nor points and
3   authorities are necessary for such a response, and respondent will have access to the full record.
4   Petitioner will then have the opportunity to reply. The court will undertake an independent
5   review of the merits of the case after the response and reply are filed. If material information is
6   missing or additional information is required, petitioner will be so informed. For these reasons,
7   the undersigned finds the requested relief unnecessary.
8   Accordingly, IT IS HEREBY ORDERED that petitioner's "motion to amend," ECF No.
9   11, is denied without prejudice.
10  DATED: May 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE